

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

December 10, 2019

**VIA REGULAR MAIL**
United States District Court
Southern District of Texas
Corpus Christi Division
1133 N. Shoreline, Room 208
Corpus Christi, Texas 78401

United States Courts
Southern District of Texas
FILED

DEC 12 2019

David J. Bradley, Clerk of Court

Re:   Danny Richard Rivers *v. Lorie Davis, Director*
      Cause No. 2:19-CV-226

Dear Clerk:

Enclosed please find the State Court Disciplinary Hearing Audio Records in the above referenced cause. The Disciplinary Hearing Records were electronically filed with the court on December 10, 2019.

Thank you for your kind assistance in this matter.
Sincerely,


  s/ Patrick D. Todd
PATRICK D. TODD
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

PDT/cbh
Enclosures